**FILED**
JUN 22 2023
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__NORTHERN__ District of __ILLINOIS__
(State)

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  ENDEAVOR PROPERTY INVESTMENTS, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  88-0625304

4. **Debtor's address**

   Principal place of business:
   815 W. VAN BUREN
   SUITE 520
   CHICAGO, IL 60607
   County: COOK

   Mailing address, if different from principal place of business: (blank)

   Location of principal assets, if different from principal place of business: (blank)

5. **Debtor's website (URL)**  N/A

Debtor  ENDEAVOR PROPERTY INVESTMENTS, LLC                    Case number (if known) _____
       Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  ENDEAVOR PROPERTY INVESTMENTS, LLC    Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No

   ☐ Yes. District _____ When __/__/____ Case number _____
   District _____ When __/__/____ Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No

    ☐ Yes. Debtor _____ Relationship _____
    District _____ When __/__/____
    Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street
    _____
    City                                    State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

Debtor  ENDEAVOR PROPERTY INVESTMENTS, LLC   Case number (if known) _____

| 13. Debtor's estimation of available funds | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|
| 14. Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/20/2023
MM / DD / YYYY

X _/s/_____   LOUIS GIORDANO
Signature of authorized representative of debtor   Printed name

Title _____

Debtor _ENDEAVOR PROPERTY INVESTMENTS, LLC_   Case number (if known) _____
　　　　Name

### 18. Signature of attorney

✘ _____   Date _____
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

_N/A_
Printed name

_____
Firm name

_____
Number   Street

_____
City　　　　　　　　　　　　　　　　State　　ZIP Code

_____
Contact phone　　　　　　　　　　Email address

_____
Bar number　　　　　　　　　　　　State

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 22 2023
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Fill in this information to identify your case:

Debtor 1: ENDEAVOR PROPERTY INVESTMENTS, LLC

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 104
## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders       12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**1.** Creditor's Name: Plymouth Partners LP
Number/Street: 815 W. Van Buren, 5th Floor
City/State/ZIP: Chicago IL 60607

What is the nature of the claim? Rent
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $____
Value of security: - $____
Unsecured claim: $____

Unsecured claim: $50,000

**2.** Creditor's Name: JET COMPANIES LLC
Number/Street: 815 W. Van Buren
City/State/ZIP: Chicago IL 60607

What is the nature of the claim? Loan to LLC
As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $____
Value of security: - $____
Unsecured claim: $____

Unsecured claim: $200,000

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1 _____   Case number (if known) _____
         First Name  Middle Name  Last Name

**Unsecured claim**

**3** Creditor's Name: Law Firm of Chris Hansen
Number/Street: 815 W. Van Buren
City/State/ZIP: Chicago, IL 60607
What is the nature of the claim? Legal Bills   $ 22,000
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
   Value of security: − $____
   Unsecured claim: $____

**4** Creditor's Name: Kurt Muller, Esq.
Number/Street: 525 W. Grand Ave
City/State/ZIP: Chicago, IL 60607
What is the nature of the claim? Legal Bills   $ 76,000
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
   Value of security: − $____
   Unsecured claim: $____

**5** Creditor's Name: McKinley & Co
Number/Street: 345 W. Erie, Ste 300
City/State/ZIP: Chicago, IL 60607
What is the nature of the claim? Loan to Entity   $ 350,000
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
   Value of security: − $____
   Unsecured claim: $____

**6** Creditor's Name: Federal Express
Number/Street: 800 W. Division
City/State/ZIP: Chicago, IL 60607
What is the nature of the claim? Express Mail   $ 2000
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
   Value of security: − $____
   Unsecured claim: $____

**7** Creditor's Name: Byline Bank
Number/Street: 180 N. LaSalle
City/State/ZIP: Chicago, IL 60606
What is the nature of the claim? Line of Credit   $ 492,000
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
   Value of security: − $____
   Unsecured claim: $____

Fill in this information to identify your case:

Debtor 1: **ENDEAVOR PROPERTY INVESTMENTS, LLC**

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: **NORTHERN** District of **ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1.** Creditor's Name: **Plymouth Partners LP**
Number/Street: **815 W. Van Buren, 5th Floor**
City/State/ZIP: **Chicago IL 60607**

What is the nature of the claim? **Rent**    $ **50,000**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $____
Value of security: - $____
Unsecured claim: $____

**2.** Creditor's Name: **JET Companies LLC**
Number/Street: **815 W. Van Buren**
City/State/ZIP: **Chicago IL 60607**

What is the nature of the claim? **Loan to LLC**    $ **200,000**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $____
Value of security: - $____
Unsecured claim: $____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1 _____  Case number (if known) _____
         First Name   Middle Name   Last Name

Unsecured claim

**3** Creditor's Name: Law firm of Chris Hansen
Number/Street: 815 W. Van Buren
City/State/ZIP: Chicago IL 60607
What is the nature of the claim? LEGAL BILLS — $22,000
As of the date you file, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply
Does the creditor have a lien on your property?
- [x] No
- [ ] Yes.

**4** Creditor's Name: Kurt Muller, Esq.
Number/Street: 525 W. Grand Ave
City/State/ZIP: Chicago IL 60607
What is the nature of the claim? LEGAL BILLS — $76,000
As of the date you file, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply
Does the creditor have a lien on your property?
- [x] No
- [ ] Yes.

**5** Creditor's Name: McKinley & Co
Number/Street: 545 W. Erie, Ste 300
City/State/ZIP: Chicago, IL 60607
What is the nature of the claim? LOAN TO ENTITY — $350,000
As of the date you file, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed
- [ ] None of the above apply
Does the creditor have a lien on your property?
- [x] No
- [ ] Yes.

**6** Creditor's Name: Federal Express
Number/Street: 800 W. Division
City/State/ZIP: Chicago IL 60607
What is the nature of the claim? EXPRESS MAIL — $2000
As of the date you file, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply
Does the creditor have a lien on your property?
- [x] No
- [ ] Yes.

**7** Creditor's Name: Byline Bank
Number/Street: 180 N. LaSalle
City/State/ZIP: Chicago IL 60606
What is the nature of the claim? LINE OF CREDIT — $492,000
As of the date you file, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply
Does the creditor have a lien on your property?
- [x] No
- [ ] Yes.